UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In the Matter of:
    Nadira Jariwaa,                                          Case No.: 16-14009
                Debtor.                                Chapter 13

NOTICE OF MOTION TO AVOID LIEN PURUSANT TO 11 U.S.C. 522(f)

      Nadira Jariwala, by counsel, has filed a Motion pursuant to 11 U.S.C. §522(f) asking the Court to enter an order avoiding the judicial lien of **Discover Bank.**

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the court grant the Motion, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must file with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

                Clerk of Bankruptcy Court
            120 N. Henry Street, Room 340
              Madison, WI  53703-2559

      If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

                Attorney Jill M. Campo
            MILLER & MILLER LAW, LLC
            633 W Wisconsin Ave, Ste 500
            Milwaukee, Wisconsin 53203-1918

      If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

MILLER & MILLER LAW, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, Wisconsin 53203-1918
(414) 277-7742 (o) (414) 277-1303 (f)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
    Nadira Jariwala,                                        Case No.: 16-14009
                  Debtor.                                Chapter 13

MOTION TO AVOID LIEN ON REAL ESTATE PURUSANT TO 11 U.S.C. 522(f)

NOW COMES Nadira Jariwala, by her attorney, Jill M. Campo, Miller & Miller Law, LLC, pursuant to 11 U.S.C. §522(f) and the Federal Rules of Bankruptcy Procedure 4003(d) and 9014, to request this Court enter an order avoiding the judicial lien held by **Discover Bank.**, on her homestead property. In support of this Motion, the debtor states the following:

1. Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on November 30, 2016.

2. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §1334(a). This matter is a core proceeding as provided by 28 U.S.C. § 157(b)(2)(K).

3. Debtor owns residential real estate located at 5433 Hazelcrest Drive, Madison, Wisconsin 53704.

4. On or about December 1, 2016, **Discover Bank.**, docketed a judicial lien against the debtor's residence located at 5433 Hazelcrest Drive, Madison, Wisconsin, as follows:

   A judgment, for the amount, $15,597.70, and any other amounts due;
   Nadira Jariwala, 5433 Hazelcrest Drive, Madison ,WI  53704 debtor;
   **Discover Bank** 3033 Campus Drive, Suite 250, Plymouth, WI  55441, creditor;
   Docketed December 1, 2016, at Dane County, in Circuit Court, Case No. 2016CV001962.

5. Debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as full exempt in their bankruptcy case.

6. The existence of **Discover Bank's** lien on Debtors' real property impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, the debtor respectfully requests that this Court enter an order avoiding the judicial lien in the above-mentioned property, and for such additional or alternative relief as must be just and proper.

Dated: <u>July 16 ,2021</u>                                                      Miller & Miller Law, LLC
                                                                                     Attorneys for Debtors

MILLER & MILLER LAW, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, Wisconsin 53203-1918
(414) 277-7742 (o) (414) 277-1303 (f)

By:*/s/Jill M. Campo*
Jill M. Campo
Bar No. 1055099

MILLER & MILLER LAW, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, Wisconsin 53203-1918
(414) 277-7742 (o) (414) 277-1303 (f)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
    Nadira Jariwala,                                  Case No.: 16-14009
                       Debtor.                          Chapter 13

### CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that on <u>July 16, 2021,</u> a copy of the foregoing Motion to Avoid Lien was served electronically or at their proper post office address after their respective names on the following parties:

Discover Bank
PO Box 3025
New Albany, OH  43054

Messerli & Kramer PA
3033 Campus Drive
Suite 250
Plymouth, MN  55441

Nadira Jariwala
5433 Hazelcrest Drive
Madison, WI  53704

Trustee , Mark Harring by ECF
US Trustee, by ECF

                                                            <u>/s/Jill M. Campo</u>
                                                            Jill M. Campo
                                                            Miller & Miller Law, LLC
                                                            633 W Wisconsin Ave, Ste 500
                                                            Milwaukee, WI 53203-1918
                                                            (414) 277-7742
                                                            (414) 277-1303 (fax)
                                                            jill@millermillerlaw.com

MILLER & MILLER LAW, LLC
633 W Wisconsin Ave, Ste 500
Milwaukee, Wisconsin 53203-1918
(414) 277-7742 (o) (414) 277-1303 (f)